# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| v. | § § | CRIMINAL ACTION NO. 4:13CR13 |
| ISAEL RAMIREZ, JR. | § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.
It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of nine (9) months, with a term of supervised release of twenty-seven (27) months to follow. While on supervised release, the Defendant shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been

adopted by the Court. Additionally, the Court finds the special conditions originally imposed by the Court are still relevant and are reimposed as follows:

(1) Under the guidance and direction of the U.S. Probation Office, Defendant shall participate in any combination of psychiatric, psychological, or mental health treatment as deemed appropriate by the treatment provider. The Defendant shall pay any cost associated with treatment and testing;

(2) Defendant shall not illegally possess a controlled substance, and shall refrain from any unlawful use of a controlled substance;

(3) Defendant shall pay to the United States a special assessment of $100, which is due immediately, payable by cashier's check or money order made out to the United States District Court and forwarded to the Fine and Restitution Section, U.S. Courts, 1910 ESE Loop 323, #287, Tyler, Texas 75701;

(4) Defendant shall be required to submit to a drug test within fifteen (15) days of release on supervised release, and at least two periodic drug tests thereafter, as directed by the probation officer;

(5) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the Defendant is released from the program by the probation officer. The Defendant shall pay any cost associated with treatment and testing;

(6) Defendant abstain from the consumption of alcohol; and

(7) Defendant shall acquire a General Educational Development (GED) certificate.

The Court also recommends that Defendant be housed in the Bureau of Prisons North Texas Region, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of June, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE